IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>CANCELLATION OF LIS PENDENS</u> |
| | ) | |
| Plaintiff, | ) | C/A No. 8:07-3369 HFF |
| | ) | |
| vs. | ) | |
| | ) | |
| Eugene Jones and Lorraine S. Jones, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America does hereby acknowledge that **George M. and Joni M. McCaslan**, were the successful bidders at the sale of the property subject to the above-entitled action, and the Clerk of Court of Common Pleas for Abbeville County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on October l5, 2007 in Lis Pendens Book 20, at Page 85.

<u>S/Henry F. Floyd</u>
UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina

February   9   , 2009